# INVOICE

From | **Rivet & Ridge LLC**
8 The Green STE D
Dover, MA 19901

| | |
|---|---|
| Invoice ID | **RR-0019** |
| Issue date | 02/16/2026 |
| Due date | 03/18/2026 (Net 30) |

Invoice for | **Investigo - Canidium**

| Item type | Description | Quantity | Unit price | Amount |
|---|---|---|---|---|
| Product | Canidium - ShareTec RCA: Other (02/01/2026 - 02/28/2026)<br><br>Hours for Brandon P - from 2/1-2/15 | 64.50 | $100.00 | **$6,450.00** |

**Amount due**     **$6,450.00**

Exhibit 1