# INVOICE

From **Rivet & Ridge LLC**
8 The Green STE D
Dover, MA 19901

| | |
|---|---|
| Invoice ID | **RR-0025** |
| Issue date | 02/27/2026 |
| Due date | 03/14/2026 (Net 15) |

Invoice for **Investigo - Canidium**

| Item type | Description | Quantity | Unit price | Amount |
|---|---|---|---|---|
| Service | 02/17/2026 - Becky Willis: Document Generation for Proposal | 2.00 | $100.00 | **$200.00** |
| Service | 02/19/2026 - Chris Lockley: Spot checked Product Selling Models and Attributes; adjusted Attributes on Products. Ensured Pricing aligned with price workbook. | 5.00 | $100.00 | **$500.00** |
| Service | 02/19/2026 - Becky Willis: Design: Approval Process | 1.00 | $100.00 | **$100.00** |
| Service | 02/20/2026 - Jake Smith: End-to-end testing, products | 2.25 | $100.00 | **$225.00** |
| Service | 02/20/2026 - Chris Lockley: Spot checked Product Selling Models and Attributes; adjusted Attributes on Products. Ensured Pricing aligned with price workbook. | 3.00 | $100.00 | **$300.00** |
| Service | 02/20/2026 - Becky Willis: Work on Approval Flow (new process) | 1.00 | $100.00 | **$100.00** |
| Service | 02/21/2026 - Jake Smith: End-to-end testing, quotes | 1.25 | $100.00 | **$125.00** |
| Service | 02/23/2026 - Chris Lockley: Configure approvals; End to end testing of RCA - Pricing and Approvals | 8.00 | $100.00 | **$800.00** |
| Service | 02/23/2026 - Becky Willis: Approval Flow and Proposal Tokens | 5.00 | $100.00 | **$500.00** |
| Service | 02/24/2026 - Jake Smith: End-to-end testing | 5.50 | $100.00 | **$550.00** |
| Service | 02/24/2026 - Chris Lockley: Configure approvals; End to end testing of RCA - Pricing and Approvals | 8.00 | $100.00 | **$800.00** |
| Service | 02/24/2026 - Becky Willis: Proposal Tokens and Formatting | 4.00 | $100.00 | **$400.00** |
| Service | 02/25/2026 - Chris Lockley: Configure approvals; End to end testing of RCA - Pricing and Approvals | 8.00 | $100.00 | **$800.00** |
| Service | 02/25/2026 - Jake Smith: End-to-end testing, products | 1.25 | $100.00 | **$125.00** |
| Service | 02/25/2026 - Becky Willis: Proposal Tokens and Formatting | 4.00 | $100.00 | **$400.00** |
| Service | 02/26/2026 - Chris Lockley: Configure approvals; End to end testing of RCA - Pricing and Approvals | 8.00 | $100.00 | **$800.00** |
| Service | 02/26/2026 - Becky Willis: Proposal Tokens and Formatting | 4.00 | $100.00 | **$400.00** |
| Service | 02/27/2026 - Becky Willis: Proposal Tokens and Formatting | 4.00 | $100.00 | **$400.00** |

Exhibit 2

| Service | 02/27/2026 - Chris Lockley: Configure approvals; End to end testing of RCA - Pricing and Approvals | 6.00 | $100.00 | $600.00 |
|---|---|---|---|---|
| Service | 02/28/2026 - Becky Willis: Proposal Tokens and Formatting | 4.00 | $100.00 | $400.00 |
| Service | 02/28/2026 - Chris Lockley: Configure approvals; End to end testing of RCA - Pricing and Approvals | 4.00 | $100.00 | $400.00 |
| Product | Brandon Poirier Hours submitted in Projector | 39.50 | $100.00 | $3,950.00 |

Total hours: **89h 15min**

**Amount due**    **$12,875.00**