## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RIVET AND RIDGE LLC and<br>SEAN ENGLISH,<br><br>      Plaintiffs,<br><br>v.<br><br>CANIDIUM LLC,<br><br>      Defendant. | )<br>)<br>)<br>)     Case No. 1:26-cv-2592<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE OF DREW T. PALMER

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I enter my appearance in this case as counsel for Plaintiffs Rivet and Ridge LLC and Sean English.

DATED this 11th day of June, 2026.

Respectfully submitted,

*/s/ Drew T. Palmer*
Drew T. Palmer, OBA #21317
Joshua D. Burns, OBA #32967

 Silverline Legal

1109 N. Bryant Avenue, Suite 100
Edmond, OK 73034
(405) 456-0076
josh@silverline.legal
drew@silverline.legal

**ATTORNEY FOR PLAINTIFFS RIVET AND RIDGE LLC AND SEAN ENGLISH**