**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RIVET AND RIDGE LLC and SEAN ENGLISH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.  1:26-cv-2592 |
| | ) |
| CANIDIUM LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF RIVET AND RIDGE LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Rivet and Ridge LLC states as follows:

Rivet and Ridge LLC is a limited liability company organized under the laws of Delaware. Its two members are Sean English and Becky Willis, who are citizens of Texas and Pennsylvania, respectively.

Respectfully submitted,

/s/ *Joshua D. Burns*
Joshua D. Burns, OBA #32967
Drew T. Palmer, OBA #21317

 Silverline Legal

1109 N. Bryant Avenue, Suite 100
Edmond, OK 73034
(405) 456-0076
josh@silverline.legal
drew@silverline.legal

**ATTORNEYS FOR PLAINTIFFS RIVET AND**
**RIDGE LLC AND SEAN ENGLISH**