**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF COLORADO**

RIVET AND RIDGE LLC and SEAN ENGLISH,

          Plaintiff(s),

v.

CANIDIUM LLC,

          Defendant.

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

**To:**    **Michael Alonzo Stus, Registered Agent for Canidium LLC**
       **123 N. College Avenue, Suite 120**
       **Fort Collins, Colorado 80524**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or plaintiffs' attorney, whose name and address are:

Joshua D. Burns
Drew T. Palmer
Silverline Legal
1109 N. Bryant Avenue, Suite 100
Edmond, Oklahoma 73034
(405) 456-0076
josh@silverline.legal / drew@silverline.legal

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

_____

Date

_____

Signature of Clerk or Deputy Clerk

**PROOF OF SERVICE**
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **(name of individual and title, if any)** _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place)_____

_____ on (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____
Date

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: