## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

RIVET AND RIDGE LLC and )
SEAN ENGLISH, )
                     )
         Plaintiffs, )            Case No. 1:26-cv-2592-KAS
                     )
v. )
                     )
CANIDIUM LLC, )
                     )
         Defendant. )

---

### PROOF OF SERVICE ON DEFENDANT CANIDIUM LLC

Pursuant to Fed. R. Civ. P. 4(l)(1), Plaintiffs Rivet and Ridge LLC and Sean English, by and through their undersigned counsel, submit this Proof of Service of process on Defendant Canidium LLC, and state as follows:

1. On June 12, 2026, the Clerk of Court issued a Summons directed to Defendant Canidium LLC, to be served through its registered agent, Michael Alonzo Stus. [ECF No. 8].

2. On June 22, 2026, at 10:02 a.m., Stephen J. Carlyle, a private process server with Front Range Legal Process Service, Inc., who is over the age of eighteen and not a party to this action, served Canidium LLC with true copies of the Summons, Complaint, and exhibits thereto by personally delivering the same to Michael Alonzo Stus, registered agent of Canidium LLC, at 123 N. College Avenue, Suite 120, Fort Collins, Colorado 80524, in accordance with Fed. R. Civ. P. 4(h)(1)(B).

3. A true and correct copy of the notarized Affidavit of Service of Stephen J. Carlyle is attached hereto as Exhibit 1.

4.    Accordingly, Defendant Canidium LLC's answer or other response to the

Complaint is due on or before July 13, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

DATED this 7th day of July, 2026.

Respectfully submitted,

*/s/ Drew T. Palmer*

Drew T. Palmer, OBA #21317
Joshua D. Burns, OBA #32967

 Silverline Legal

1109 N. Bryant Avenue, Suite 100
Edmond, OK 73034
(405) 456-0076
josh@silverline.legal
drew@silverline.legal

**ATTORNEYS FOR PLAINTIFFS RIVET AND RIDGE LLC AND SEAN ENGLISH**