## AFFIDAVIT OF SERVICE

**State of Colorado**

County of

Case Number: 1:26-CV-2592

Plaintiffs:
**RIVET AND RIDGE LLC and SEAN ENGLISH,**

vs.

Defendant:
**CANIDIUM LLC,**

For:
Silverline Legal
PO Box 230
Oklahoma City, OK 73101

Received by Front Range Legal Process Service, Inc. to be served on **Canidium LLC - c/o Michael Alonzo Stus, Registered Agent, 123 N. College Avenue, Ste 120, Fort Collins, CO 80524.**

I, Stephen J. Carlyle, being duly sworn, depose and say that on the **22nd day of June, 2026** at **10:02 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons; Complaint; Exhibit(s)** with the date and hour of service endorsed thereon by me, to: **Michael Alonzo Stus Registered Agent** as **registered agent** for **Canidium LLC**, at the address of: **123 N. College Avenue, Ste 120, Fort Collins, CO 80524**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

Subscribed and sworn to before me on the ___ day of
_____, ____ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

_____
NOTARY EXPIRATION DATE

**TAYLOR DOUGLAS WEST**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20224046053
MY COMMISSION EXPIRES JANUARY 4, 2027

**Stephen J. Carlyle**
Process Server

**Front Range Legal Process Service, Inc.**
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2026005898

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e