## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02592-KAS

**RIVET AND RIDGE LLC and SEAN ENGLISH,**

      Plaintiffs,

    v.

**CANIDIUM, LLC,**

      Defendant.

---

### DEFENDANT'S RULE 7.1(a)(2) DISCLOSURE STATEMENT

---

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendant Canidium, LLC is a single-member Texas limited liability company. Candium, LLC's membership is as follows:

Michael Strus, domiciled in the state of Colorado. Single member for Canidium, LLC.

Respectfully submitted this 24th day of July, 2026.

           **COAN, PAYTON & PAYNE, LLC**

           */s/ Jody N. Duvall*
           Jody N. Duvall, #49186
           103 W. Mountain Ave., Suite 200
           Fort Collins, CO 80524
           Phone: 970-225-6700
           Email: jduvall@cp2law.com
           *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2026, I served a true and correct copy of the foregoing via PACER CM/ECF upon the following:

Joshua D. Burns
Drew T. Palmer
Silverline Legal
1109 N. Bryant Avenue, Suite 100
Edmond, OK 73034
(405) 456-0076
josh@silverline.legal
drew@silverline.legal
*Attorneys for Plaintiffs*

/s/ *Amber Wyatt*
Amber Wyatt, Paralegal
Coan, Payton & Payne, LLC