**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| RIVET AND RIDGE LLC and | ) | |
| SEAN ENGLISH, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:26-cv-2592-KAS |
| | ) | |
| v. | ) | |
| | ) | |
| CANIDIUM LLC, | ) | |
| | ) | |
| Defendant. | ) | |

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY LITIGATION

This matter is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Stay Litigation [#___] (the "Motion"). The Court, having reviewed the Motion and the case file, noting that the Motion is unopposed, and finding that good cause exists for the requested extension pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D.C.COLO.LCivR 6.1, hereby

ORDERS that the Motion is GRANTED. Plaintiffs shall file their response to Defendant's Motion to Stay Litigation Pending Completion of Mandatory Alternative Dispute Resolution Procedure [#14] on or before August 17, 2026.

DATED: _____

BY THE COURT:

_____
Kathryn A. Starnella
United States Magistrate Judge

1