IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02592-KAS

RIVET AND RIDGE LLC,
SEAN ENGLISH,

Plaintiffs,

v.

CANIDIUM LLC,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court sua sponte. This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). On June 12, 2026, an Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#7] was issued. On June 15, 2026, a Minute Order [#11] was issued, setting a deadline of August 27, 2026 for the filing of the Consent/Non-Consent Form. To date, Defendants have not filed a Consent/Non-Consent Form. **Counsel are reminded that it is never appropriate to ignore a Court order.** Accordingly,

IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

Dated: September 4, 2026