IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02592-PAB-KAS

RIVET AND RIDGE LLC,
SEAN ENGLISH,

Plaintiffs,

v.

CANIDIUM LLC,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court sua sponte. In light of the pending Motion to Stay Litigation [#14],

IT IS HEREBY **ORDERED** that the Scheduling Conference currently set for September 10, 2026, *see Order* [#9], is **VACATED**, to be reset, if necessary, upon the Court's ruling on the pending Motion [#14].

Dated: September 4, 2026